IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICKI UMBREIT,

Plaintiff,

-vs-

CASE NO.: 6:14-cv-1525-O4-40GJK

SYNCHRONY BANK f/k/a
GE CAPITAL RETAIL BANK and
GENPACT LLC,

Defendant.
_____/

## COMPLAINT

1. Plaintiff alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* ("TCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.* ("FDCPA").

## JURISDICTION AND VENUE

1. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C.§1331, Federal Question Jurisdiction, as this action involves violations of the TCPA and/or by F.S. §47.011 and/or by 15 U.S.C. §1332, Diversity Jurisdiction.

2. Subject matter jurisdiction, federal question jurisdiction, for purposes of this action is appropriate and conferred by 28 U.S.C. § 1331, which provides that the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States; and this action involves violations of 47 U.S.C. § 227(b)(1)(A)(iii). See *Mims v. Arrow Fin. Servs., LLC*, ___ U.S. ___, 132 S.Ct. 740, 748 (2012) and *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242, 1249 (11th Cir. 2014).

## **FACTUAL ALLEGATIONS**

2. Plaintiff is a natural person and citizen of the State of Florida, residing in Brevard County, Florida

3. Plaintiff is a "consumer" as defined in Florida Statute 559.55(2) and 15 U.S.C. § 1692(a)(3).

4. Plaintiff is the "alleged debtor."

5. Plaintiff is the "called party." See <u>Soppet v. Enhanced Recovery Co., LLC</u>, 679 F.3d 637, 643 (7th Cir. 2012), reh'g denied (May 25, 2012); <u>Osorio v. State Farm Bank, FSB</u>, 746 F.3d 1242 (11th Cir. March 28, 2014); and <u>Breslow v Wells Fargo, N.A.</u>, 2014 WL 2565984 (11th Cir. June 9, 2014).

6. Defendant, SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK ("SYNCHRONY"), is a corporation and a citizen of the state of Utah with its principal place of business at 170 West Election Road, Suite 125, Draper, Utah and does business in the State of Florida.

7. SYNCHRONY is the "Owner of the Debt" that is the subject of this Complaint.

8. The debt that is the subject matter of this complaint is a "consumer debt" as defined by Florida Statute §559.55(1) and 15 U.S.C. §1692(a)(4).

9. Defendants, at all times material hereto, were attempting to collect on an Amazon Store Credit card issued by SYNCHRONY (hereinafter the "subject debt")

10. In approximately December, 2013, SYNCHRONY raised Plaintiff's payment amount, doubling her payment and causing Plaintiff to fall behind in her payments.

11. SYNCHRONY harassed and/or knowingly and/or willfully harassed and abused Plaintiff on numerous occasions by calling Plaintiff's cellular telephone number (321-614-5634) from

January 4, 2014 through March 1, 2014, over one hundred sixty-one (161) times with such frequency as can reasonably be expected to harass, all in an effort related to the collection of the subject account. Defendant has, or should be in possession and/or control of call logs, account notes, autodialer reports and/or other records that detail the exact number of autodialer calls made to Plaintiff over the relevant time period.

12. At all times material hereto, Plaintiff was the sole subscriber and regular user and carrier of a cellular telephone number (321-614-5634), and was the person called at that telephone number and the recipient of Defendant's autodialer calls.

13. While Plaintiff has not attempted to document each and every autodialer call from Defendant, attached hereto as **Exhibit "A,"** is a true and correct copy a list of some of the Defendant's autodialer calls to Plaintiff's cellular telephone number; which shows SYNCHRONY called the Plaintiff thirteen (13) times on February 1, 2014 and up to twenty-three (23) times on February 6, 2013. **Exhibit "A"** is not a complete list of all of Defendant, SYNCHRONY's autodialer calls, as Defendant has made many more calls than are reflected on **Exhibit "A."**

14. After being bombarded with calls from SYNCHRONY Plaintiff spoke to a representative of SYNCHRONY on or about February 24, 2014 and asked the representative to stop calling her, that she was contacting a lawyer. The representative told Plaintiff that the calls would not stop until she made some type of payment arrangements.

15. Several days after speaking with the SYNCHRONY representative Plaintiff began receiving calls from a new telephone number (513-830-9687) that she did not recognize and when she answered a call from this number on February 27, 2014, the caller stated that he was calling regarding her Amazon account. Plaintiff told the representative that she had just spoken

with a representative from SYNCHRONY and told them to stop calling her and told the representative to stop calling her too. This call and numerous calls since that time were placed by the Defendant GENPACT, LLC.

16. Upon information and belief, SYNCHRONY consented to and has knowledge and control of the collection activities of its agents and representatives, including supervisors, managers, affiliates, subsidiaries, divisions, employees, servants, partners, agents, vendors, assignees, transferees, collectors and/or contractors, specifically GENPACT LLC ("GENPACT").

17. Defendant, GENPACT LLC, is a corporation and a citizen of the state of Delaware with its principal place of business at 335 New Commerce Boulevard, Wilkes-Barre, Pennsylvania and doing business in the State of Florida.

18. GENPACT is a "debt collector" as defined by Florida Statute §559.55(6) and 15 U.S.C §1692(a)(6). GENPACT, on behalf of and as agent for SYNCHRONY, sought to collect a debt from the Plaintiff that arose from a transaction incurred for personal, family or household purposes and therefore is a "consumer debt."

19. At all times material hereto, GENPACT, acted as the agent for SYNCHRONY, and accepted the undertaking whereby GENPACT was the agent and SYNCHRONY was the principal in relation to the collection of the subject debt. SYNCHRONY directed and controlled the actions of GENPACT in terms of directing the telephone number to call to collect the subject debt by furnishing to GENPACT the number to be called and/or by informing GENPACT that it had the consent of the called party to call the telephone number(s) provided.

20. SYNCHRONY furnished the number to GENPACT knowing that GENPACT would rely upon the accuracy of the information conveyed by SYNCHRONY and would call the number

furnished to GENPACT and as directed to do so by SYNCHRONY. Upon information and belief, the principal-agent relationship by and between SYNCHRONY and GENPACT was established through an oral and/or written agreement whereby GENPACT was assigned the subject debt for collection (amongst others), and was furnished information (including telephone numbers to call) concerning the debt from SYNCHRONY, and was directed to initiate collection efforts related to the subject debt in exchange for a payment of a monetary sum. All of the subject calls made by GENPACT to the Plaintiff were related to the collection of the subject debt and were made on behalf of SYNCHRONY.

21. GENPACT harassed and/or knowingly and/or willfully harassed and abused Plaintiff on numerous occasions by calling Plaintiff's cellular telephone number (321-614-5634) from February 27, 2014 through the filing of this complaint, over one hundred (100) times with such frequency as can reasonably be expected to harass, all in an effort related to the collection of the subject account. GENPACT has, or should be in possession and/or control of call logs, account notes, autodialer reports and/or other records that detail the exact number of autodialer calls made to Plaintiff over the relevant time period.

22. While Plaintiff has not documented each and every autodialer call from GENPACT, attached hereto as **Exhibit "B,"** is a true and correct copy a list of some of the GENPACT's autodialer calls to Plaintiff's cellular telephone number; which showing GENPACT called the Plaintiff seventy-six (76) times from March 27, 2014 through June 10, 2014. **Exhibit "B"** is not a complete list of all of Defendant, GENPACT's autodialer calls, as GENPACT has made many more calls than are reflected on **Exhibit "B."**

23. The autodialer calls from GENPACT came from telephone numbers which included, but are not limited to: 513-878-4911, 513-322-3848, 513-322-3860, 513-878-4936, 513-830-9687, and 866-544-0753.

24. GENPACT intentionally harassed and abused Plaintiff on numerous occasions by calling several times during one day, and on back to back days, with such frequency as can reasonably be expected to harass.

25. Each call GENPACT placed to the Plaintiff was made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1) (including but not limited to a predictive dialer), and/or was made using an artificial and/or prerecorded voice (herein described as "autodialer calls").

26. Each call GENPACT made to the Plaintiff's cell phone was done so without the "express permission" of the Plaintiff.

27. On numerous occasions the Plaintiff would answer her phone and instruct the agents of GENPACT to please stop calling her cellular telephone number but was told that the calls were automated and would continue until the debt was satisfied.

28. Plaintiff's pleas to get GENPACT to cease calling were ineffective as GENPACT continued its onslaught of calls to the Plaintiff's cellular telephone.

29. GENPACT has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice, just as they did to the Plaintiff's cellular telephone in this case, with no way for the consumer, or GENPACT, to remove the incorrect number.

30. Despite actual knowledge of their wrongdoing, GENPACT continued the campaign of abuse.

31. GENPACT has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice to individuals just as it did to the Plaintiff's cellular telephone in this case.

32. GENPACT's corporate policy is structured as to continue to call individuals like the Plaintiff, even when the consumer has verbally withdrawn her consent to be called and has repeatedly requested GENPACT to stop calling.

33. GENPACT's corporate policy provided no means for the Plaintiff to have her number removed from its call list.

34. Plaintiff did not expressly consent to GENPACT's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system, predictive dialer, or a dialer system using a pre-recorded or artificial voice prior to GENPACT's placement of the calls.

35. None of GENPACT' telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

36. GENPACT violated the TCPA and/or willfully and/or knowingly violated the TCPA with respect to the Plaintiff.

## COUNT I
### (Violation of the TCPA - SYNCHRONY)

37. Plaintiff incorporates paragraphs one (1) through thirty-six (36) as if fully restated herein.

38. SYNCHRONY, through its control and agency relationship with GENPACT, is responsible for the actions it allowed to be committed under its watch by its agent GENPACT.

39. None of GENPACT'S auto-dialer calls placed at the direction and control of SYNCHRONY to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

40. SYNCHRONY violated the TCPA with respect to each autodialer call made by its agent, GENPACT, and also willfully and/or knowingly violated the TCPA with respect to the Plaintiff for each of the auto-dialer calls made by its agent GENPACT to Plaintiff's cellular telephone and vicariously liable for the actions of its agent committed in the course and scope of its agency.

41. GENPACT repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system, predictive dialer, or prerecorded or artificial voice without Plaintiffs' prior express consent at the directions and control of SYNCHRONY in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against SYNCHRONY for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

### COUNT II
### (Violation of the FCCPA - SYNCHRONY)

42. Plaintiffs incorporate paragraphs one (1) through thirty-six (38) as if fully restated herein.

43. At all times relevant to this action SYNCHRONY is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

44. SYNCHRONY has violated Florida Statute §559.72(7) by their agent, GENPACT, willfully communicating with the Plaintiff or any member of Plaintiff's family with such frequency as can reasonably be expected to harass the Plaintiff or her family.

45. SYNCHRONY has violated Florida Statute §559.72(7) by their agent, GENPACT, willfully engaging in conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

46. SYNCHRONY's direct actions, as well as its actions through their agent, GENPACT, have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against SYNCHRONY for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT III
### (Violation of the TCPA - GENPACT)

47. Plaintiff incorporates paragraphs one (1) through thirty-six (36) as if fully restated herein.

48. None of GENPACT' auto-dialer calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

49. GENPACT violated the TCPA with respect to its autodialer calls and willfully and/or knowingly violated the TCPA with respect to the Plaintiff for each of the auto-dialer calls made to Plaintiff's cellular telephone.

50. GENPACT repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system, predictive dialer, or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against GENPACT for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT IV
### (Violation of the FCCPA – GENPACT)

51. Plaintiff incorporates paragraphs one (1) through thirty-six (36) as if fully restated herein.

52. At all times relevant to this action GENPACT is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

53. GENPACT has violated Florida Statute §559.72(7) by willfully communicating with the Plaintiff or any member of Plaintiff's family with such frequency as can reasonably be expected to harass the Plaintiff or her family.

54. GENPACT has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to abuse or harass the Plaintiff or any member of Plaintiff's family.

55. GENPACT' actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against GENPACT for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT VI
### (Violations of the FDCPA - GENPACT)

56. Plaintiff incorporate paragraphs one (1) through thirty-six (36) as if fully restated herein.

57. At all times relevant to this action, GENPACT is subject to and must abide by 15 U.S.C. §1692 et seq.

58. GENPACT has violated 15 U.S.C. §1692(d) by willfully engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

59. GENPACT has violated 15 U.S.C. §1692(d)(5) by causing a telephone to ring or engaging Plaintiff in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

60. GENPACT has violated 15 U.S.C. §1692(f) by using unfair an unconscionable means to collect or attempt to collect any debt.

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against GENPACT for punitive damages, statutory damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

_____
Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
MVitoria@ForThePeople.com
afloyd@forthepeople.com
Florida Bar #:0135534
Attorney for Plaintiff

RE:     Vicki Umbreit-2144088
        Calls from Synchrony Bank

| DATE | PHONE NUMBER | NUMBER OF CALLS |
|---|---|---|
| 01/26/14 | 800-945-6596 | 1 |
| 01/27/14 | 800-945-6596 | 1 |
| 01/30/14 | 800-945-6596 | 2 |
| 01/31/14 | 800-945-6596 | 3 |
| 02/01/14 | 800-945-6596 | 12 |
| 02/02/14 | 800-945-6596 | 2 |
| 02/03/14 | 800-945-6596 | 4 |
| 02/06/14 | 800-945-6596 | 23 |
| 02/07/14 | 800-945-6596 | 7 |
| 02/08/14 | 800-945-6596 | 10 |
| 02/09/14 | 800-945-6596 | 1 |
| 02/10/14 | 800-945-6596 | 1 |
| 02/11/14 | 800-945-6596 | 17 |
| 02/12/14 | 800-945-6596 | 6 |
| 02/13/14 | 800-945-6596 | 1 |
| 02/15/14 | 800-945-6596 | 12 |
| 02/17/14 | 800-945-6596 | 9 |
| 02/18/14 | 800-945-6596 | 2 |
| 02/19/14 | 800-945-6596 | 1 |
| 02/20/14 | 800-945-6596 | 3 |
| 02/22/14 | 800-945-6596 | 7 |
| 02/23/14 | 800-945-6596 | 1 |
| 02/24/14 | 800-945-6596 | 5 |
| 02/25/14 | 800-945-6596 | 6 |
| 02/26/14 | 800-945-6596 | 2 |
| 03/01/14 | 800-945-6596 | 6 |
| 03/02/14 | 800-945-6596 | 3 |
| 03/03/14 | 800-945-6596 | 1 |
| 03/04/14 | 800-945-6596 | 1 |


EXHIBIT A

| GE Bank Phone Calls | | | | | |
|---|---|---|---|---|---|
| 6/10/2014 | (866)544-0753 | 1x | Time | 8:24 a.m. | | |
| 6/9/2014 | (866)544-0753 | 3x | Time | 8:27 a.m. | 9:12 a.m. | 5:16 P.M. |
| 6/8/2014 | (866)544-0753 | 4x | Time | 8:54 a.m. | 10:53 a.m. | 1:56 P.M. | 7:19 P.M. |
| 6/7/2014 | (866)544-0753 | 3x | Time | 8:23 a.m. | 10:54 a.m. | 1:30 P.M. |
| 6/6/2014 | (866)544-0753 | 4x | Time | 8:24 a.m. | 8:25 a.m. | 9:21 a.m. | 5:20 P.M. |
| 6/5/2014 | (866)544-0753 | 2x | Time | 8:20 a.m. | 9:58 a.m. |
| 6/4/2014 | (866)544-0753 | 3x | Time | 8:28 a.m. | 9:22 a.m. | 5:39 a.m. |
| 6/3/2014 | (866)544-0753 | 3x | Time | 8:37 a.m. | 10:41 a.m. | 5:20 P.M. |
| 6/2/2014 | (513)322-3860 | 3x | Time | 8:44 a.m. | 11:14 a.m. | 2:41 P.M. |
| 6/1/2014 | (513)322-3860 | 3x | Time | 8:37 a.m. | 9:41 a.m. | 3:31 P.M. |
| 5/31/2014 | (513)322-3860 | 3x | Time | 8:22 a.m. | 9:36 a.m. | 3:44 P.M. |
| 5/30/2014 | (513)322-3860 | 3x | Time | 11:00 a.m. | 5:12 P.M. | 5:38 P.M. |
| 5/29/2014 | (513)322-3860 | 3x | Time | 11:00 P.M. | 1:45 P.M. | 5:16 P.M. |
| 5/28/2014 | (513)322-3860 | 2x | Time | 9:16 a.m. | 11:56 a.m. |
| 5/27/2014 | (513)322-3860 | 1x | Time | 8:37 a.m. |
| 5/26/2014 | (513)322-3860 | 2x | Time | 8:40 a.m. | 5:12 P.M. |
| 5/25/2014 | (513)878-4976 | 2x | Time | 9:15 a.m. | 4:11 P.M. |
| 5/24/2014 | (513)878-4976 | 4x | Time | 8:30 a.m. | 9:06 a.m. | 10:35 a.m. | 4:03 P.M. |
| 5/23/2014 | (513)878-4976 | 2x | Time | 8:30 a.m. | 9:21 a.m. |
| 5/22/2014 | (513)878-4976 | 2x | Time | 8:35 a.m. | 9:58 a.m. |
| 5/21/2014 | (513)878-4976 | 2x | Time | 8:27 a.m. | 10:46 a.m. |
| 5/20/2014 | (513)878-4976 | 2x | Time | 9:02 a.m. | 5:13 P.M. |
| 5/19/2014 | (513)322-3848 | 2x | Time | 10:16 a.m. | 5:28 P.M. |
| 5/18/2014 | (513)322-3848 | 3x | Time | 8:29 a.m. | 9:30 a.m. | 3:35 P.M. |
| 5/17/2014 | (513)322-3848 | 4x | Time | 8:31 a.m. | 9:27 a.m. | 3:46 P.M. | 3:55 P.M. |
| 5/16/2014 | (513)322-3848 | 2x | Time | 9:06 a.m. | 10:42 a.m. |
| 5/15/2014 | (513)322-3848 | 3x | Time | 8:22 a.m. | 8:59 a.m. | 5:15 P.M. |
| 5/14/2014 | (513)322-3848 | 3x | Time | 8:58 a.m. | 9:46 a.m. | 5:16 P.M. |
| 5/13/2014 | (513)322-3848 | 3x | Time | 8:15 a.m. | 9:12 a.m. | 5:13 P.M. |
| 5/12/2014 | (513)322-3848 | 3x | Time | 8:38 a.m. | 10:51 a.m. | 5:12P.M. |
| 5/11/2014 | (513)878-4936 | 3x | Time | 8:45 a.m. | 10:35a.m. | 3:05 P.M. |
| 5/10/2014 | (513)878-4936 | 3x | Time | 8:18 a.m. | 9:24 a.m. | 3:12 P.M. |
| 5/9/2014 | (513)878-4936 | 2x | Time | 9:18 a.m. | 10:53 a.m. |



EXHIBIT B

| Date | Number | Count | | Time | Time |
|---|---|---|---|---|---|
| 4/5/2014 | (513)322-3848 | 3x | Time | 8:12 a.m. | 3:43 P.M. |
| 4/6/2014 | (513)322-3848 | 2x | Time | 8:14 a.m. | 9:11 a.m. |
| 4/7/2014 | (513)322-3848 | 3x | Time | 8:12 a.m. | 9:45 a.m. | 5:09 P.M. |
| 4/8/2014 | (513)322-3860 | 2x | Time | 8:07 a.m. | 9:13 a.m. |
| 4/9/2014 | (513)322-3860 | 2x | Time | 8:10a.m. | 9:38 a.m. |
| 4/10/2014 | (513)322-3860 | 2x | Time | 9:22 a.m. | 5:09 P.M. | 5:42 P.M. |
| 4/11/2014 | (513)322-3860 | 3x | Time | 9:04 a.m. | 8:21 a.m. |
| 4/12/2014 | (513)322-3860 | 1x | Time | 9:41 a.m. | |
| 4/13/2014 | (513)322-3860 | 3x | Time | 8:27 a.m. | 10:32 a.m. | 3:58 P.M. |
| 4/14/2014 | (513)322-3860 | 3x | Time | 9:09 a.m. | 10:56 a.m. | 5:09 P.M. |
| 4/15/2014 | (513)878-3692 | 3x | Time | 8:34 a.m. | 9:37 a.m. | 5:21 P.M. |
| 4/16/2014 | (513)878-3692 | 3x | Time | 8:22 a.m. | 5:23P.M. | 5:06 P.M. |
| 4/17/2014 | (513)878-3692 | 2x | Time | 9:45 a.m. | 5:04 P.M. | |
| 4/18/2014 | (513)878-3692 | 3x | Time | 10:19 a.m. | 9:46 a.m. | 3:50 P.M. |
| 4/19/2014 | (513)878-4936 | 3x | Time | 8:22 a.m. | |
| 4/20/2014 | (513)878-4936 | | Time | | |
| 4/21/2014 | (513)878-4936 | 3x | Time | 8:29 a.m. | 9:30 a.m. | 5:18 P.M. |
| 4/22/2014 | (513)878-4936 | 3x | Time | 8:40 a.m. | 10:21 a.m. | 5:14 P.M. |
| 4/23/2014 | (513)878-4936 | 1x | Time | 5:19 P.M. | 11:19 a.m. | 5:13 P.M. |
| 4/24/2014 | (513)878-4936 | 3x | Time | 8:49 a.m. | 10:50 a.m. | |
| 4/25/2014 | (513)878-4936 | 2x | Time | 8:45 a.m. | 11:48 a.m. | 4:00 P.M. |
| 4/26/2014 | (513)878-4936 | 3x | Time | 9:39 a.m. | 9:16 a.m. | 5:26 P.M. |
| 4/27/2014 | (513)878-4936 | 3x | Time | 8:17 a.m. | 8:56 a.m. | 3:49 P.M. |
| 4/28/2014 | (513)878-4936 | 2x | Time | 9:30 a.m. | 10:54 a.m. | 3:45 P.M. |
| 4/29/2014 | (513)878-4936 | 3x | Time | 8:49 a.m. | 11:24 a.m. | 5:10 P.M. |
| 4/30/2014 | (513)830-9687 | 3x | Time | 8:30 a.m. | 1:52 P.M. | 1:52 P.M. | 5:18 P.M. |
| 5/1/2014 | (513)830-9687 | 3x | Time | 8:56 a.m. | 10:17 a.m. | 5:15 P.M. |
| 5/2/2014 | (513)830-9687 | 2x | Time | 10:58 a.m. | 5:20 P.M. | |
| 5/3/2014 | (513)830-9687 | 3x | Time | 8:49 a.m. | 10:54 a.m. | 3:45 P.M. |
| 5/4/2014 | (513)830-9687 | 2x | Time | 10:58 a.m. | 11:57 a.m. | 1:52 P.M. |
| 5/5/2014 | (513)830-9687 | 4x | Time | 9:20 a.m. | 11:57 a.m. | 1:52 P.M. |
| 5/6/2014 | (513)830-9687 | 3x | Time | 8:25 a.m. | 9:49 a.m. | 5:13 P.M. |
| 5/7/2014 | (513)322-3848 | 2x | Time | 8:25 a.m. | 9:20a.m. | |
| 5/8/2014 | (513)878-4936 | 3x | Time | 8:25 a.m. | 9:25 a.m. | 5:25 P.M. |

| Date | Phone Number | Count | | Time | | |
|---|---|---|---|---|---|---|
| 3/27/2014 | (513)878-4911 | 2x | Time | 8:16 a.m. | 8:56 a.m. | |
| 3/28/2014 | (513)878-4911 | 3x | Time | 8:14 a.m. | 10:07 a.m. | 5:07 P.M. |
| 3/29/2014 | (513)878-4911 | 2x | Time | 8:13 a.m. | 9:37 a.m. | |
| 3/30/2014 | (513)878-4911 | 3x | Time | 8:14 a.m. | 10:36 a.m. | 3:58 P.M. |
| 3/31/2014 | (513)322-3848 | 2x | Time | 8:10 a.m. | 11:39 a.m. | |
| 4/1/2014 | (513)322-3848 | 2x | Time | 8:11 a.m. | 9:55 a.m. | |
| 4/2/2014 | (513)322-3848 | 3x | Time | 8:10 a.m. | 10:32 a.m. | 5:05 P.M. |
| 4/3/2014 | (513)322-3848 | 2x | Time | 8:16 a.m. | 9:49 a.m. | |
| 4/4/2014 | (513)322-3848 | 3x | Time | 8:17 a.m. | 10:20 a.m. | 5:31 P.M. |