IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICKI UMBREIT,

Plaintiff,

CASE NO.: 6:14-CV-1525-OR-40GJK

-vs-

SYNCHRONY BANK f/k/a
GE CAPITAL RETAIL BANK and
GENPACT SERVICES LLC,

Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, VICKI UMBREIT, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement pursuant to Local Rule 3.08(a), and states that Plaintiff and Defendants, SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK and GENPACT SERVICES LLC, have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 22nd day of May, 2015.

Respectfully submitted,

/s/ Tav Gomez
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, P.A.
201 N. Franklin St. 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax:  (813) 222-4797
Florida Bar #:  0338620
Attorney for Plaintiff
TGomez@forthepeople.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of May, 2015, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of the filing to all counsel of record.

*/s/ Tav Gomez*
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, P.A.
201 N. Franklin St. 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax:  (813) 222-4797
Florida Bar #:  0338620
Attorney for Plaintiff
TGomez@forthepeople.com